UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTHONY VASQUEZ, et al.,

                      Plaintiffs,

-against-

RONALD W. WHITAKER, et al.,

                      Defendants.
-----------------------------------------------------------------X

JUDGMENT
06-CV- 4788 (SLT)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y:
★ OCT 2 4 2007 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on October 23, 2007, dismissing the case, without prejudice, for lack of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; and that the case is dismissed, without prejudice, for lack of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
        October 23, 2007

s/ RCH
ROBERT C. HEINEMANN
Clerk of Court